# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:08CR39

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| LINDA KAY BRADLEY. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon the government's Motion to Stay. Having considered the government's Motion to Stay and reviewed the pleadings, and it appearing that an automatic stay is appropriate pending review by the district court inasmuch as defendant is charged with a crime of violence, the court enters the following Order.[1]

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Stay is **GRANTED,** and the undersigned's Order allowing the release of defendant on electronic monitoring is **STAYED** pending further Order of the district court.

---

[1] The court notes that it afforded the government an opportunity to appeal and for an automatic stay at the conclusion of the hearing, which was declined. This appeal and motion was filed the day after the hearing.

-1-

Signed: May 5, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge